**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Gavin Morris,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>Wells Fargo Financial, Inc. and Wells Fargo Financial Georgia, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,<br><br>　　　　　Defendants. | **Civil Case No. 1:08-cv-01640-TWT** |

## [PROPOSED] ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

The Court has considered the parties' Joint Stipulation regarding Request for Approval of Settlement and Dismissal with Prejudice. The Court has also carefully reviewed the terms of the Confidential Settlement Agreement and Release (which have been filed under seal).

IT IS HEREBY ORDERED that the Court finds that the Confidential Settlement Agreement in this matter (which have been filed under seal), and the terms and conditions contained therein, are fair, adequate, and reasonable and were agreed to by all parties. Therefore, the Court hereby APPROVES the settlement on the terms and conditions provided in the Confidential Settlement Agreement.

IT IS HEREBY FURTHER ORDERED that the Complaint and the claims of Plaintiff Gavin Morris are dismissed with prejudice.

IT IS SO ORDERED.

Dated:  12/9/09                    /s/Thomas W. Thrash
                                   Honorable Thomas W. Thrash, Jr.
                                   UNITED STATES DISTRICT JUDGE